UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HEATHER STANCIL,<br>    Plaintiff,<br>v.<br><br>MADISON COUNTY, IOWA<br>SHERIFF JASON BARNES<br>    Defendant. | No. 4:25-CV-242-SHL-HCA<br><br>STATUS REPORT |

Plaintiff submits this status report in response to the Court's order (ECF 4).

1. The undersigned emailed Madison County Attorney Stephen Swanson at 8:58 p.m. on July 18, 2025. The email demanded that no one examine or download information from plaintiff's phone before we could seek relief from the court. Swanson did not respond to this email as of 9:50 p.m.

2. At 9:42 p.m. the undersigned sent the attached email to Swanson. As of the filing of this status report he has not responded.

Respectfully submitted,

/s/ Alan R. Ostergren
**Alan R. Ostergren**
Alan R. Ostergren, PC
500 East Court, Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com