UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HEATHER STANCIL,<br>    Plaintiff,<br>v.<br><br>MADISON COUNTY, IOWA<br>SHERIFF JASON BARNES<br>    Defendant. | No. 4:25-CV-242-SHL-HCA<br><br>WITHDRAWAL OF APPLICATION FOR TEMPORARY RESTRAINING ORDER |

Plaintiff withdraws her application for a temporary restraining order. Plaintiff has received sufficient relief from a state court judge.

Respectfully submitted,

/s/ Alan R. Ostergren
**Alan R. Ostergren**
Alan R. Ostergren, PC
500 East Court, Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the **WITHDRAWAL OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** was served upon the Madison County Attorney by email on July 19, 2025.

/s/ Alan R. Ostergren