# EXHIBIT 1

State of Iowa, County of Madison                                          **Original**

| APPLICATION FOR SEARCH WARRANT | Cause No.: | Case No: 25-M233 |
|---|---|---|

Being duly sworn, I, the undersigned, say that in the place [and on the person(s) and in the vehicle(s)] described as follows:

Name: **Schwarz, Matthew Thomas**
Date Of Birth: 12-15-1969
Sex: Male
Race: White
Height (Approximate): 6'4"
Weight (Approximate): 450
Eye Color: Hazel
Hair Color:
Address (if known): ████████ Winterset Iowa 50273

In the State of Iowa, there is now certain property, namely:

Any cellular or electronic devices capable of sending or receiving messages electronically through cellular, Wi-Fi, or other digital or analog transmission, including but not limited to cellular telephones such as iPhones, Androids, or Google Pixel phones, tablets such as iPads, Android based tablets, or any computers, in the possession or under control of the above listed person.

State of Iowa, County of Madison  Original

# APPLICATION FOR SEARCH WARRANT

Which is:

☐ Property that has been obtained in violation of the law.

☐ Property, the possession of which is illegal.

☒ Property used or possessed with the intent to be used as the means of committing a public offense or concealed to prevent an offense from being discovered.

☒ Property relevant and material as evidence in a criminal prosecution.

_____
Deputy, Donald Kinney - Applicant

Subscribed and sworn to before me
This 18th day of July, 2025

_____
Magistrate/Judge
Of the Fifth Judicial District

State of Iowa, County of Madison

This warrant has been reviewed by the County Attorney or Assistant below for legal sufficiency:

_____
County Attorney

By:_____
Assistant County Attorney

State of Iowa, County of Madison | Original

| APPLICATION FOR SEARCH WARRANT | Attachment A-1:  AFFIANT STATEMENT |

Affiant name: Deputy, Donald Kinney
Years as Peace Officer: 22
Title/Current Assignment: Investigator
Years at current assignment: 22

In my training and experience, a person typically will keep his or her cell phone within several feet of his or her body throughout the day. Cell phones, and even more so, smart phones such as iPhones and Android based smart phones, have applications that often log location data, messaging content, and other information, all of which can be used to corroborate or deny information provided by victims, suspects, or witnesses in a wide variety of crimes.

On 7-18-2025 I recieved information from Madison County Sheriff Jason Barnes regarding an investigation into Election Misconduct in Madison County. Barnes indicate that he had spoken to a confidential source who had sought him out with information regarding Madison County Supervisor Heather Stancil and newly appointed Madison County Auditor Matthew Schwarz. This confidential source reported to Sheriff Barnes that he/she had been directed by both Stancil and Schwarz to alter appointment dates, deadlines and invalidate petition signatures for a special election. This confidential source reported that Schwarz and Stancil regularly communicate via text using their personal cellular devices and in direct conversation. It is also common practice for individual to communicate through multpile different e-mail accounts therfore this warrant request includes laptop and tablet style devices. This confidential source provided multiple screenshots of conversation he/she and Stancil and Schwarz, which aided Sheriff Barnes in corroborating the statements made by the confidential source.

> But if they have not, to fill by appointment and then they would have to start over.

Yeah, we are going with the latter. They will have to start over. There is no reason whatsoever to call for an election. They can force it by doing their collection of signatures a second time. Dont worry, things happen, and more little things will happen over time, we all are learning very complex roles, and this is an easy fix. I just have to figure out a way to make sure to thank Mike Fletcher for pointing this out and starting the process to correct it.

> It's all up to the board. People will be angry about everything whatever happens.

Correct

Sunday 4:58 PM

> The notice requirements were halfway met, I'm copying you on the email to

So probably 60 days is a practical date

> It's 46 days for public measures too so I don't understand in any circumstances how 32 days would even be feasible.

So stupid. And the SOS probably cant explain it. Not that we want to engage them anyway.

They are not neutral

> I'm reading through the other code references, maybe but if we don't do it in the general it's gonna have to be atleast a month after lol

In the dead of winter near the holidays. That will suppress turnout of conservatives .

E-FILED         05611 SWCR110489 - 2025 JUL 21 09:51 AM         MADISON
                CLERK OF DISTRICT COURT                         Page 6 of 10

State of Iowa, County of Madison                                                Original

| APPLICATION FOR SEARCH WARRANT | ENDORSEMENT |

**ENDORSEMENT ON SEARCH WARRANT APPLICATION:**

1. In issuing the search warrant, the undersigned relied upon the sworn testimony of the following person(s) (other than the affiant), together with the statements and information contained in the application and any attachments thereto:

   NAME: Donald Kinney

   ADDRESS: 1012 N John Wayne Dr. Winterset Iowa 50273

2. Abstract of Testimony. (As set forth in the application and the attachments thereto, plus the following information:)

3. The undersigned has relied, at least in part, on information supplied by a confidential informant (who need not be named) to the peace officer(s), shown on attachment(s) _____; and/or on information supplied by a named citizen informant shown on attachment(s) _____.

**WHERE INFORMATION, SUPPLIED BY AN INFORMANT HAS BEEN RELIED UPON, THE FOLLOWING ITEMS MUST BE FILLED IN (RULE 30, Ia.R.Cr.P.)**

4. The information appears credible because (select):

   ☐ Sworn testimony indicates this Informant has given reliable information on previous occasions

   ☐ Sworn testimony indicates this Informant has not been used before but that, either the information appears credible or the information appears credible for the following reasons **(if credibility is based on this ground, the magistrate MUST set out reasons here):**

5. The information (is / is not) found to justify probable cause.

6. I therefore (do / do not) issue the warrant.

_____
Judge/Magistrate
Of the Fifth Judicial District

State of Iowa, County of Madison

Thomas P Murphy
Printed Name of Judge/Magistrate

State of Iowa, County of Madison

Original

| APPLICATION FOR SEARCH WARRANT | ENDORSEMENT |
|---|---|

**ENDORSEMENT ON SEARCH WARRANT APPLICATION:**

1. In issuing the search warrant, the undersigned relied upon the sworn testimony of the following person(s) (other than the affiant), together with the statements and information contained in the application and any attachments thereto:

   NAME                          ADDRESS
   Donald Kinney                 1012 N John Wayne Dr. Winterset Iowa 50273

2. Abstract of Testimony. (As set forth in the application and the attachments thereto, plus the following information:)

3. The undersigned has relied, at least in part, on information supplied by a confidential informant (who need not be named) to the peace officer(s), shown on attachment(s) B____; and/or on information supplied by a named citizen informant shown on attachment(s) B____.

**WHERE INFORMATION, SUPPLIED BY AN INFORMANT HAS BEEN RELIED UPON, THE FOLLOWING ITEMS MUST BE FILLED IN (RULE 30, Ia.R.Cr.P.)**

4. The information appears credible because (select):

   ☐ Sworn testimony indicates this Informant has given reliable information on previous occasions

   ☐ Sworn testimony indicates this Informant has not been used before but that, either the information appears credible or the information appears credible for the following reasons **(if credibility is based on this ground, the magistrate MUST set out reasons here):**

5. The information (is / is not) found to justify probable cause.

6. I therefore (do / do not) issue the warrant.

_____
Judge/Magistrate
Of the Fifth Judicial District

State of Iowa, County of Madison

Thomas P Murphy
Printed Name of Judge/Magistrate

Case Number: 25-M233

## INFORMANT ATTACHMENT B

Law Enforcement Officer: ____Deputy, Donald Kinney____, received information from informant(s) who is/are identified as: Sheriff, Jason Barnes

**The confidential/unnamed informant(s) should remain confidential for the following reason(s):**

☐ Disclosure of his/her identity would endanger his/her safety.

☐ Disclosure of his/her identity would impair his/her future usefulness to law enforcement.

**The Informants are viewed reliable for the following reasons(s):**

☐ The informant has supplied information in the past on _____ occasions that has proven reliable.

☐ The informant's past information has helped supply the basis for ___ search warrants.

☐ The informant's past information has led to the making of _____ arrests.

☐ Past information from the informant has led to the filing of the following charges:


☑ Past information from the informant has led to the discovery and seizure of drugs or other contraband.

☑ The informant has not given false information in the past.

☐ The information supplied by the informant in this investigation has been corroborated by law enforcement personnel.

☐ The informant is a citizen informant and acting in the interest of public safety with no personal gain to be received through his/her cooperation with law enforcement agencies.

☑ The informant is a police officer.

☑ The informant is named.

☐ The informant has provided the following information: See Attachment A

# ATTACHMENT A

On July 17, 2025, I received a call from Madison County Attorney Stephen Swanson informing me that the Madison County Elections Deputy Mikayla Garside wanted to talk to me. Swanson then forwarded me her number. A short time later, I contacted Garside who had to call me back. Upon call back, Garside explained she wanted to tell me about some things going on in the Madison County Auditor's Office that she was very concerned about.

Garside stated that Madison County Supervisor Heather Stancil and Madison County Auditor Matthew Schwarz were pressuring her into delaying or derailing a special election that residents of Madison County are attempting to get. Both Stancil and Schwarz are desperately trying to alter appointment dates and deadlines for the petition to delay the election per Garside. Stancil informed Garside that she'll need more time to campaign for Schwarz and the deadlines set by the state will not allow her enough time to door knock. At one time Stancil stated to Garside "Do what you have to do" regarding pushing the election back. After talking with Garside, I stated I would meet with her the following day.

On July 18, 2025, I met with Garside at the Sheriff's Office who provided me text messages from Stancil and Schwarz which help corroborate their attempt to interfere with a special election. Text messages show Stancil and Schwarz discussing ways to delay the election and invalidating signatures already collected to obtain a special election. (see attached)

Jason Barnes, Sheriff
Madison County Sheriff's Office

Case Number: 25-M233

## INFORMANT ATTACHMENT B

Law Enforcement Officer: Sheriff, Jason Barnes , received information from informant(s) who is/are identified as: Confidential

**The confidential/unnamed informant(s) should remain confidential for the following reason(s):**

☐ Disclosure of his/her identity would endanger his/her safety.

☑ Disclosure of his/her identity would impair his/her future usefulness to law enforcement.

**The Informants are viewed reliable for the following reasons(s):**

☐ The informant has supplied information in the past on _____ occasions that has proven reliable.

☐ The informant's past information has helped supply the basis for ___ search warrants.

☐ The informant's past information has led to the making of _____ arrests.

☐ Past information from the informant has led to the filing of the following charges:

☐ Past information from the informant has led to the discovery and seizure of drugs or other contraband.

☑ The informant has not given false information in the past.

☐ The information supplied by the informant in this investigation has been corroborated by law enforcement personnel.

☑ The informant is a citizen informant and acting in the interest of public safety with no personal gain to be received through his/her cooperation with law enforcement agencies.

☐ The informant is a police officer.

☐ The informant is named.

☐ The informant has provided the following information: See Attachment A