UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HEATHER STANCIL and MATTHEW SCHWARZ,<br>Plaintiffs,<br>v.<br><br>JASON BARNES, and DONALD KINNEY,<br>Defendants. | No. 4:25-CV-242<br><br>STATUS REPORT |

The parties submit this status report in response to the Court's order setting scheduling conferences in this matter. ECF 24.

1. The parties have conducted discovery and have no outstanding issues to present to the Court.

2. Defendants have a pending motion for summary judgment that is fully briefed. Plaintiffs anticipate they will file a motion for summary judgment prior to the applicable deadline. Judge Stephen H. Locher's judicial assistant and courtroom deputy advised that a hearing would be scheduled to address both motions after both motions are fully briefed.

3. The parties believe the status conference hearing can be cancelled.

Respectfully submitted,

/s/ Alan R. Ostergren
Alan R. Ostergren
Alan R. Ostergren, PC
500 East Court, Suite 420
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com
ATTORNEY FOR PLAINTIFFS

/s/ Michael C. Richards
Michael C. Richards AT0010828

/s/ Katie E. Gral
Katie E. Gral AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this document was served upon all parties through the courts CM/ECF electronic filing system on October 18, 2026.

/s/ Alan R. Ostergren